McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JEAN M. TURK, CSB NO. 131517
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-mail:Jean.Turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY L. NASH,<br><br>            Plaintiff<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,[1]<br><br>            Defendant, | NO. 2:05-cv-02034 DAD<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) AND ORDER |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Six Thousand Five Hundred dollars and no cents ($6,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by her/her attorney in connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the Defendant in this action.  42 U.S.C. § 405(g).

1   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
2   attorney fees, and does not constitute an admission of liability on the part of Defendant under the
3   EAJA.  Payment of Six Thousand, Five Hundred dollars and no cents ($ 6,500.00) shall
4   constitute a complete release from and bar to any and all claims Plaintiff may have relating to
5   EAJA fees and costs in connection with this action.  This award is without prejudice to the rights
6   of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to
7   the provisions of the EAJA.

Respectfully submitted,

Dated:   May 17, 2007            /s/    Bess Brewer
                                 (As authorized via facsimile on May 17, 2007)
                                 Bess Brewer
                                 Attorney for Plaintiff


Dated:     May 14,  2007         MCGREGOR W. SCOTT
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 /s/ Jean M.Turk
                                 JEAN M. TURK
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant


IT IS SO ORDERED:

DATED: May 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/order.socsec/nash2034.stipord.attyfeesEAJA